NO. _____

14TH COA NO. 14-14-00403-CR

CEDRIC HOPES § IN THE COURT OF CRIMINAL

V. §

THE STATE OF TEXAS § APPEALS AT AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
DEC 04 2015
Abel Acosta, Clerk

MOTION TO FILE A SINGLE COPY

COMES NOW, Cedric Hopes, #01932624, Petitioner in the above-styled and -numbered cause and files his motion to file a single copy with in this Honorable Court, and shows this Honorable Court GOOD CAUSE to GRANT this Motion as follows:

FILED IN
COURT OF CRIMINAL APPEALS
DEC 04 2015
Abel Acosta, Clerk

1· Petitioner is currently incarcerated in the TDCJ-CID, Coffield unit in Anderson county, Texas, and is indigent.

2· The Coffield unit does not allow for offenders to have access to a coping machine, and the Petitioner cannot provide this Honorable Court with the required copies at hand.

3· The Petitioner is proceeding in the pro se status and does not have counsel for his help, in order to help provide copies within this Honorable Court.

4· The Petitioner repectfully requests this Court to order the CLERK of the Court to make and provide all parties with the necessary copies, and allow the Petitioner to proceed with filing only one copy.

PRAYER FOR RELIEF

Petitioner prays that this Honorable Court will GRANT this motion and ORDER the CLERK of this Court to make and provide all required parties with the necessary documents, without penalty.

page 1

_Cedric T. Hopes_

Cedric T. Hopes
#01932624-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.


## INMATE DECLARATION

I, Cedric T. Hopes, #01932624, currently incarcerated in the TDCJ-CID Coffield unit in Anderson County, Texas, declares that the foregoing is true and correct under the penalty of perjury. Executed this day of November 25, 2015.

_Cedric T. Hopes_

Cedric T. Hopes
#01932624-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.


## PROOF OF MAILING

I, Cedric T. Hopes, #01932624, have placed this motion for a single copy into the internal mailing system of the Coffield unit in Anderson County, Texas, on November 25, 2015. This is true and correct under the penalty of perjury. Executed this day of November 25, 2015.

_Cedric T. Hopes_

Cedric T. Hopes
#01932624-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.